

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROXANNE P. RUSSELL                               07-6234-MA

       Plaintiff,                               JUDGMENT

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

Based on the record and the Opinion and Order filed herewith, the decision of the Commissioner is AFFIRMED; this action is DISMISSED.

IT IS SO ORDERED.

DATED this ___27___ of August, 2008.

                                              /s/ Malcolm F. Marsh
                                              Malcolm F. Marsh
                                              United States District Judge

1 - OPINION AND ORDER